UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-10833-RGS

CHRISTOPHER A. VIGER

v.

JUDGE RAFFI YESSAYAN,
ADA PATRICK DRISCOLL,
ADA CAROLYN MORRISETTE,
SUSAN FARIA PONTE

ORDER

May 12, 2020

STEARNS, D.J.

This action is <u>DISMISSED</u> without prejudice pursuant to 28 U.S.C. §1915A for failure to state a claim upon which relief can be granted. Under Section 1915A, this court must "review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. §1915A(a). As part of that review, the court is required to "dismiss the complaint or any portion of the complaint, if the complaint . . . fails to state a claim upon which relief may be granted. . ." 28 U.S.C. §1915(b).

Here, the court dismisses the action without prejudice because Viger either impermissibly seeks to enforce state criminal statutes in a civil action in this court, *see Lozano v. Suffolk Superior Court*, No. CV 14-13123-FDS, 2015 WL 5684071, at *3 (D. Mass. Sept. 28, 2015) (Saylor, J.) (dismissing claim in part brought under Mass. Gen. Laws ch. 268 §13E), aff'd (Aug. 24, 2016), and/or seeks to have this court interfere with a criminal complaint subsequently brought by Viger against these same parties, in which case this court abstains from exercising jurisdiction under *Younger v. Harris*, 401 U.S. 37, 46 (1971).

Accordingly, this action is hereby DISMISSED without prejudice.  The Clerk is directed to enter a separate order of dismissal of this action without prejudice and close the case.  Because it is unclear whether Viger intended to file a civil action, a filing fee is not assessed.

        SO ORDERED.

        /s/ Richard G. Stearns
        UNITED STATES DISTRICT JUDGE